TODD BLANCHE
United States Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: tamer.botros@usdoj.gov
*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DR. NORMA LAURA RAMIREZ MIRANDA,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-03770-RFB-EJY<br><br>**Federal Defendants' Stipulation for Extension of Time to File a Response to Motion for TRO (ECF No. 5)**<br><br>**(First Request)** |

Federal Defendants United States Citizenship and Immigration Services (USCIS), Joseph B. Edlow, Markwayne Mullin and Todd Blanche ("Federal Defendants"), Plaintiff Dr. Norma Laura Ramirez Miranda, through respective undersigned counsel, move this Court for an extension of time of one-week, from November 24, 2026, to and including December 4, 2026, for Federal Defendants to file a response to the Motion for Temporary Restraining Order ("Motion for TRO"), ECF No. 5. This extension is necessary because undersigned AUSA needs to confer with agency regarding any matters and draft a response. Federal Defendants accordingly require an additional week to complete their review and file a response to the Motion for TRO.

On November 24, 2026, Federal Defendants sent an email to Plaintiff's counsel requesting a one-week extension of the deadline to respond to the Petition. Plaintiff's counsel consents to this request.

This is Federal Defendants' first request for an extension of time in this matter. This request is made in good faith and not for purposes of undue delay.

**<u>Memorandum of Points and Authorities</u>**

On November 12, 2026, Plaintiff filed her Complaint and Petition for Writ of Mandamus, ECF No. 1. On November 16, 2026, the Plaintiff filed a Motion for a Temporary Restraining Order in which responses are due by November 30, 2026, ECF No. 4. On November 17, 2026, the Court ordered Defendants to file a response to Motion for TRO by November 24, 2026. ECF No. 5. Additional time is necessary for the Federal Defendants to prepare a response to the Motion of TRO because Federal Defendants are still in the process of reviewing and gathering information on the Plaintiff.

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Good cause exists for the requested extension. The undersigned AUSA is acting diligently in reviewing the documents provided regarding this Petitioner and determining if additional information is needed to prepare the response to the Amended Petition. For the above-mentioned reasons, the undersigned AUSA will need more time to review the information available on this Petitioner and to prepare a response to the Amended Petition. Without such additional time, a proper response cannot be prepared, which will unfairly

prejudice the Federal Defendants. Federal Defendants respectfully request, and Plaintiff agrees to, a one-week extension from November 24, 2026, to December 4, 2026, for Federal Defendants to prepare a response to the Motion of TRO.

If this motion for an extension of time is granted, the new deadline for Federal Defendants to respond to the Motion of TRO will be December 4, 2026. Given Federal Defendants' diligence, previously ordered responses in other habeas immigration cases, prescheduled non-workday of lead counsel for the Federal Defendants, and Plaintiff's consent, good cause exists for the one-week extension. Federal Defendants therefore respectfully request that the Court grant this Stipulation.

Respectfully submitted this 24th day of November 2026.

William S. Boyd School of Law
UNLV Immigration Clinic

*/s/ Michael Kagan*
MICHAEL KAGAN
Michael.kagan@unlv.edu

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney

**IT IS SO ORDERED:**

**DATED**: November 25, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**